JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA HALPIN; and MARK HALPIN,** individuals, <br><br> Plaintiffs, <br><br> v. <br><br> **TRIDENT ASSET MANAGEMENT, LLC.; DIVERSIFIED CONSULTANTS, INC.; and ORION PORTFOLIO SERVICES, LLC.,** <br><br> Defendants. | Case No.: 5:15-CV-02195 FMO(SPx) <br><br> **JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

That pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is entered in favor of Plaintiffs, LAURA HALPIN and MARK HALPIN, ("Plaintiffs") and against Defendant, DIVERSIFIED CONSULTANTS, INC., ("Defendant") as follows:

1. Judgment shall be entered against Defendant in the amount of Three Thousand Dollars ($3,000.00) for all of Plaintiffs' alleged damages, inclusive of statutory damages and actual damages;

2. The Judgment entered shall include an additional amount of Five Thousand Dollars ($5,000.00) for Plaintiffs' reasonable costs and reasonable attorney's fees incurred in pursuing this action against Defendant;

3. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiffs against Defendant and said judgment shall have no effect whatsoever except in settlement of those claims; and

4. This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendant is liable in this action, or that the Plaintiffs have suffered any damage.

Date: February 25, 2016    By: ___/s/_____
                               Fernando M. Olguin
                               U.S. District Judge